# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00522-CV

**Charles W. Barnett and Peggy Lee Barnett, Appellants**

**v.**

**Texas Mutual Insurance Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-10-000374, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Charles W. Barnett and Peggy Lee Barnett no longer wish to pursue their appeal. The Barnetts, along with appellee Texas Mutual Insurance Company, have filed a "Stipulation and Order of Dismissal" seeking dismissal of this appeal with prejudice. We grant the parties' motion and dismiss the appeal with prejudice. Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Joint Motion

Filed: November 30, 2011